MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770
E-mail:  mrwainer@swmfirm.com

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> PLACER TITLE COMPANY, and III CREATE, INC., a California corporation, <br><br> Defendants. | Case No.   2:11-CV-01793-MCE-KJN <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** |

     The parties in the above-entitled action having stipulated to the entry of a Protective Order, which Stipulation was filed with the Court, the Court now approves the Stipulation of the parties.

     IT IS SO ORDERED.

Dated:  October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
**Order Re: Stipulated Protective Order**