UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for IndyMac Bank, F.S.B.,

    Plaintiff,

    v.

PLACER TITLE COMPANY, et al.,

    Defendants.
_____/

No. 2:11-cv-01793-MCE-KJN

SUPPLEMENTAL PRETRIAL SCHEDULING ORDER

    The Court is in receipt of Defendant Placer Title Company's ("Defendant") Objections (ECF No. 25) to the Pretrial Scheduling Order in this matter. The Court now rules as follows:

    1.   Defendant objects to the Court's referral of this case to the Voluntary Dispute Resolution Program ("VDRP") because the parties prefer to utilize a private mediator. The referral to VDRP is thus vacated.

///
///
///
///

2. Defendant also objects to the five (5) days the Court has permitted for trial and requests instead that the Court set trial for seven (7) days. In its status report, however, Defendant represented to the Court that trial of this case would require only three (3) to five (5) days. See ECF No. 15:2-4. Defendant's objection is overruled. The court affirms that this case will be allocated five (5) days for trial.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE