Michael E. Sayer, State Bar No. 141038
CLAIMS LEGAL MANAGEMENT
17595 Harvard, Suite C-557
Irvine, CA 92614
Tel. (949) 341-0207
Fax (949) 341-0215
msayer@clmapc.com

Attorneys for Defendant, III CREATE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B., <br><br>Plaintiff, <br><br>vs. <br><br>PLACER TITLE COMPANY, et al. <br><br>Defendants. | ) CASE NO: 2:11-cv-01793-MCE-KJN <br> ) <br> ) ORDER UPON STIPULATION BETWEEN <br> ) COUNSEL TO CONTINUE THE <br> ) DISCOVERY CUT OFF AND MEDIATION <br> ) COMPLETION DATE <br> ) <br> ) <br> ) Complaint Filed: 7/7/11 <br> ) <br> ) <br> ) |

The Court having received and considered the Stipulation Between Counsel And Request Of Court To Continue The Discovery Cut Off And Mediation Completion Date and upon review and consideration of the Court file, hereby finds Good Cause and Orders as Follows:

IT HEREBY ORDERED THAT:

1) The discovery cut-off date previously set as September 21, 2012 is hereby continued to October 15, 2012, for the limited purpose of the parties conducting the following depositions:

   a. III Create's Rule 30(b)(6) corporate representative;

-1-
ORDER UPON STIPULATION BEWTEEN COUNSEL TO CONTINUE THE DISCOVERY CUT OFF AND MEDITATION COMPLETION DATE

      b. Placer Title Company's Rule 30(b)(6) corporate representative;

      c. The FDIC-R's Rule 30(b)(6) corporate representative; and

      d. Non-party David Gravelle.

2)     The mediation completion date is continued to October 1, 2012.

IT IS SO ORDERED.

Dated: September 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
ORDER UPON STIPULATION BEWTEEN COUNSEL TO CONTINUE THE DISCOVERY CUT OFF AND MEDITATION COMPLETION DATE