DARRELL C. MARTIN (SBN 191773)
ALBORG, VEILUVA & MARTIN LLP
2121 N. California Boulevard, Suite 1010
Walnut Creek, CA 94596
Tel:   925-939-9880
Fax:   925-939-9915

Attorneys for Defendant PLACER TITLE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>PLACER TITLE COMPANY, and III CREATE, INC., a California corporation,<br><br>Defendants. | Case No.: 2:11-CV-01793-MCE-KJN<br><br>**ORDER UPON STIPULATION RE: GOOD FAITH SETTLEMENT [CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 877.6]**<br><br>Complaint Filed: 7/7/11 |

The Court, having received and considered the Stipulation between counsel regarding Good Faith Settlement, and upon review and consideration of the Court's file, hereby finds Good Cause and Orders as follows:

    a. The SETTLEMENT was the product of arms-length, informed negotiations;

    b. The terms of the SETTLEMENT, including the amount thereof, are adequate and reasonable;

    c. There is no evidence of fraud or collusion by and among FDIC and PLACER aimed at harming III CREATE;

    d. The amount of the SETTLEMENT relative to the proportionate potential liability of PLACER and the approximate total potential recovery of FDIC is fair;

    e. The SETTLEMENT is in good faith pursuant to California Code of Civil Procedure section 877.6;

    f.    Any claim by III CREATE against PLACER, for equitable comparative contribution, or partial or comparative indemnity, as specified in California Code of Civil Procedure section 877.6, arising from claims by FDIC against III CREATE, are forever barred.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ALBORG, VEILUVA
& MARTIN LLP
2121 N. California
Blvd., Suite 1010
Walnut Creek
CA 94596
Tel.: 925.939.9880
Fax: 925.939.9915