MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770
E-mail: mrwainer@swmfirm.com

Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> PLACER TITLE COMPANY, and III CREATE, INC., a California corporation, <br><br> Defendants. | Case No. 2:11-CV-01793-MCE-KJN <br><br> **ORDER FOR DISMISSAL OF PLACER TITLE COMPANY** |

1

# ORDER

Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("FDIC-R"), and Defendant PLACER TITLE COMPANY, it is hereby ordered that:

1.  This action is dismissed as to defendant PLACER TITLE COMPANY only, with prejudice.

2.  The United States District Court for the Eastern District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the FDIC-R and PLACER TITLE COMPANY. This Order shall not affect the FDIC-R's claims against Defendant III CREATE, which claims are still pending before this Court.

IT IS SO ORDERED.

Dated: December 19, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT