MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770
E-mail:  mrwainer@swmfirm.com


Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br>     Plaintiff, <br><br>     vs. <br><br> PLACER TITLE COMPANY, and III CREATE, INC., a California corporation, <br><br>     Defendants. | Case No.   2:11-CV-01793-MCE-KJN <br><br> **ORDER FOR DISMISSAL OF III CREATE, INC.** |

1

## ORDER

Based on the Request for Dismissal of Action by Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("FDIC-R")(ECF No. 42), it is hereby ordered that:

1. This action is dismissed as to defendant III CREATE, INC. only, with prejudice.
2. This action is closed. All defendants have been dismissed.

IT IS SO ORDERED.

Dated: October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT